# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRYAN MICHAEL FERGASON,
Appellant,
vs.
THE STATE OF NEVADA; AND
CALVIN JOHNSON, WARDEN HDSP,
Respondents.

No. 82757

**FILED**

APR 3 0 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Christy L. Craig, Judge.

On April 7, 2021, appellant filed a notice of appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. However, the district court has not made a decision on appellant's petition at the time of the filing of the notice of appeal. Thus, the notice of appeal is premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). Appellant may file an appeal from a final order of the district court denying the petition. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

21-12497

cc:     Hon. Christy L. Craig, District Judge
        Bryan Michael Fergason
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk